

# CRUMILLER P.C.

June 11, 2021

**VIA ECF**
Honorable Lorna G. Schofield, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

RE:   *Markowitz v. KBI Services d/b/a Kindbody,* Case No. 21-mc-397 (LGS)

Dear Judge Schofield:

This firm represent Petitioner Debbie Markowitz. On April 14, 2021, Your Honor granted Petitioner's request to file her Petition on the PACER e-filing system under seal and redact portions of the petition containing privileged attorney-client communications and not provide an unredacted copy to Respondent. Dkt. No. 6. Pursuant to the April 14, 2021 Order, Petitioner writes to request that she be permitted to file a redacted copy of her Memorandum of Law in Opposition of Respondent's Motion to Dismiss that contains the same privileged attorney-client communications as her Petition. Also pursuant to Your Honor's Order, Petitioner will not be providing Respondent with an unredacted copy of this portion of the memorandum.

Petitioner has also redacted portions of page 13 of her Memorandum of Law in Opposition of Respondent's Motion to Dismiss, along with Petitioner's Declaration, which contains confidential business information about Respondent that Petitioner learned in connection with her employment. Petitioner will provide to Respondent a courtesy copy of her motion papers with this information unredacted.

We thank the Court for its time and attention to this matter.

The application is **GRANTED**.  By **June 17, 2021**, Petitioner shall file the above referenced materials.  The Court will review the redactions to assure that the asserted attorney-client communications are indeed privileged.

SO ORDERED.

Dated: June 15, 2021
       New York, New York

Respectfully Submitted,

*Hilary Orzick*

Hilary J. Orzick

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**